**DIVERSITY LAW GROUP, P.C.**
Larry W. Lee (SBN 228175)
Kristen M. Agnew (SBN 247656)
Nicholas Rosenthal (SBN 268297)
515 S. Figueroa Street, Suite 1250
Los Angeles, CA 90071
Tel: (213) 488-6555
Fax: (213) 488-6554

**POLARIS LAW GROUP LLP**
William L. Marder (SBN 170131)
501 San Benito Street, Suite 200
Hollister, CA 95023
Tel: (831) 531-4214
Fax: (831) 634-0333

Attorneys for Plaintiffs BENJAMIN CASTANEDA-RIVERA and SHAYNIA VERNON

Matthew C. Kane, SBN 171829
mkane@bakerlaw.com
Amy E. Beverlin, SBN 284745
abeverlin@bakerlaw.com
Kerri H. Sakaue SBN 301043
ksakaue@bakerlaw.com
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone:  310.820.8800
Facsimile:   310.820.8859

Sylvia J. Kim, SBN 258363
sjkim@bakerlaw.com
**BAKER & HOSTETLER LLP**
Transamerica Pyramid
600 Montgomery Street, Suite 3100
San Francisco, CA 94111-2806
Telephone:  415.659.2600
Facsimile:   415.659.2601

Attorneys for Defendants McLANE/SUNEAST, INC. and McLANE FOODSERVICE, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN CASTANEDA-RIVERA and SHAYNIA VERNON, as individuals and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MCLANE/SUNEAST, INC., a Texas corporation; MCLANE FOODSERVICE, INC., a Texas corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 5:21-cv-00465-JWH-SP<br><br>**JOINT STATUS REPORT REGARDING CONSOLIDATION [Dkt. #23]** |

**TO THE HONORABLE JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE:**

Plaintiffs BENJAMIN CASTANEDA-RIVERA and SHAYNIA VERNON (collectively, "Plaintiffs") and Defendants McLANE/SUNEAST, INC. ("MSE") and McLANE FOODSERVICE, INC. ("MFS") (collectively, "Defendants") submit the following Joint Status Report Regarding Consolidation in response to the Court's Scheduling Notice and Order ("Order") [Dkt. #23]:

## Joint Status Report

On October 19, 2021, Defendants filed a Notice of Related Cases and Pendency of Other Actions or Proceedings (the "Notice") [Dkt. #22] in which they identified two related actions currently pending in the Central District of California and a third related action currently pending in San Bernardino County Superior Court: (1) *Murdock v. McLane/Suneast, Inc.*, Case No. 5:21-cv-00657-JWH-SP ("*Murdock*"); (2) *Ordaz v. McLane/Suneast, Inc., et al.*, Case No. 5:21-cv-01591-JWH-SP ("*Ordaz*"); and (3) *Shaynia Vernon, as an individual and on behalf of all others similarly situated; Benjamin Castaneda-Rivera, as an individual and on behalf of all others similarly situated v. McLane/Suneast, Inc., a Texas corporation; McLane Foodservice, Inc., a Texas corporation; and Does 1 through 50,* inclusive, San Bernardino County Superior Court, Case CIVSB2123367.[1]  *See* Dkt. #22.

On November 2, 2021, *Murdock* and *Ordaz* were transferred to Judge Holcomb. *Ordaz* Dkt. # 17; *Murdock* Dkt. #23.  On November 3, 2021, both cases were formally reassigned to Judge Holcomb. *Ordaz* Dkt. # 18; *Murdock* Dkt. #24. Also on November 3, 2021, the Court issued its Order (which was issued in each of the three related federal cases), setting a Status Conference for December 17, 2021,

---

[1] The Parties have agreed to explore resolution of the state court action during their upcoming mediation.  *See infra*.

and ordering the parties to file a Joint Status Report regarding the propriety of consolidation of this action and the *Murdock* and *Ordaz* actions. *See* Dkt. #23.

In August 2021, Plaintiffs and Defendants in this action agreed to attend an early private mediation in an effort to resolve this action without further litigation. *See* Dkt. #18 (Joint Report) at 9:13-15. That same month, the Parties scheduled a mediation session with David A. Rotman for December 10, 2021, which was his first available date at that time and which will go forward as scheduled. Defendants' counsel in this action also represent the defendants in the *Murdock* and *Ordaz* actions.

If the Parties are successful at their December 10th mediation in resolving this action in its entirety, then the Parties agree that consolidation of this action with the *Murdock* and *Ordaz* actions would not be appropriate or necessary. However, if the Parties are unable to resolve this action at their December 10th mediation, they respectfully request that they be permitted to submit a Post-Mediation Status Report by noon on Wednesday, December 15, 2021, to inform the Court as to whether this action has settled and, if it has not, to further evaluate and inform the Court of the Parties' respective positions on consolidation with the *Murdock* and *Ordaz* actions.

DATED: December 10, 2021

**DIVERSITY LAW GROUP, P.C.**
**POLARIS LAW GROUP LLP**

By: /s/ Kristen M. Agnew
Larry W. Lee, Esq.
Kristen M. Agnew, Esq.
Nicholas Rosenthal, Esq.
William L. Marder, Esq.

Attorneys for Plaintiffs
BENJAMIN CASTANEDA-RIVERA and
SHAYNIA VERNON

DATED: December 10, 2021   **BAKER & HOSTETLER LLP**

By: /s/ Amy E. Beverlin
Matthew C. Kane, Esq.
Sylvia J. Kim, Esq.
Amy E. Beverlin, Esq.
Kerri H. Sakaue, Esq.

Attorneys for Defendants
McLANE/SUNEAST, INC. and
McLANE FOODSERVICE, INC.

## ATTESTATION

Pursuant to L.R. 5-4.3.4, the undersigned hereby attests that all signatories listed above, and on whose behalf this Stipulation is submitted, concur in and have authorized the filing of this Stipulation.

/s/ Amy E. Beverlin
AMY E. BEVERLIN